# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:             :   NO. 968
                            :
APPOINTMENTS TO THE     :   SUPREME COURT RULES DOCKET
ORPHANS' COURT PROCEDURAL   :
RULES COMMITTEE          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2023, the Honorable Kelly A. Gaughan, Pike County, Carol Sikov Gross, Esquire, Allegheny County, and Todd T. Jordan, Esquire, Allegheny County, are hereby appointed as members of the Orphans' Court Procedural Rules Committee for a term of six years, commencing January 1, 2024.